STATE OF CONNECTICUT *v.* JAMES W. CUMMINGS

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 735 (AC 26288), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided November 16, 2005

LINDA SABATASSO *v.* GREGORY HOGAN

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 808 (AC 24942), is denied.

*Richard Franchi,* in support of the petition.

*John T. Maher,* in opposition.

Decided November 21, 2005

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 610 (AC 25549), is granted, limited to the following issue: